[No. 34357-6-II.   Division Two.   May 22, 2007.]

JANE DOE I, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-04948-6, Katherine M. Stolz, J., entered January 20, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 34506-4-II.   Division Two.   May 22, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES BRIAN SHAUGHNESSY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-00619-5, D. Gary Steiner, J., entered March 3, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Quinn-Brintnall, J.

[No. 34545-5-II.   Division Two.   May 22, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT F. ARMBRUSTER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-05891-1, Katherine M. Stolz, J., entered February 10, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Armstrong and Hunt, JJ.

[No. 34546-3-II.   Division Two.   May 22, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON MICHAEL WESTBY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-02210-0, Serjio Armijo, J., entered February 17, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Quinn-Brintnall and Penoyar, JJ.